IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CARPENTERS FRINGE BENEFIT FUNDS OF ILLINOIS, et al., | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION |
| vs. | ) ) ) | NO. 14 C 5947 |
| WEAVER CONSTRUCTION, INC., an Illinois corporation, | ) ) ) | JUDGE ANDREA R. WOOD |
| Defendant. | ) ) | |

**MOTION FOR ENTRY OF JUDGMENT**

Plaintiffs, by and through their attorneys, default having been entered against the Defendant on September 24, 2014 request this Court enter judgment against Defendant, WEAVER CONSTRUCTION, INC., an Illinois corporation. In support of that Motion, Plaintiffs state:

1. On September 24, 2014, this Court entered default against Defendant and granted Plaintiffs' request for an order directing Defendant to turn over its monthly fringe benefit contribution reports for the months of March 2014 forward. The contribution reports were due within 14 days of the entry of the Order (by October 8, 2014). The Court also entered an order that judgment would be entered after Plaintiffs determined the full amount due and owing from Defendant.

2. On September 26, 2014, Plaintiffs' counsel wrote to Todd Weaver, President of Defendant, Weaver Construction, Inc., informing him of the entry of the Court's Order and enclosing a copy of the Order. Plaintiffs' counsel advised Mr. Weaver that the Plaintiffs received the Defendant's reports and contributions for May through July 2014, but that the August 2014 report

and contributions were due. In addition, Mr. Weaver was informed that once the August 2014 report and contributions were received, that Plaintiffs' counsel would advise him of the amount of liquidated damages, attorneys' fees and costs that remained due from the Defendant.

3. On October 10, 2014, Plaintiff Funds informed Plaintiffs' counsel that the Defendant was paid through August 2014, but that the Defendant continued to owe liquidated damages, attorneys' fees and costs incurred since this matter was turned over to Plaintiffs' counsel on January 16, 2014, including $262.50 in attorneys' fees and $485.00 in court costs incurred in <u>Carpenters Fringe Benefit Funds of Illinois, et al. v. Weaver Construction, Inc.</u>, Civil Action No. 14 C 354, and which remained due. Accordingly, Plaintiffs' counsel again wrote to Todd Weaver requesting payment of $1,435.04 in liquidated damages and $2,222.50 in attorneys' fees and costs.

4. On March 7, 2015, Plaintiff Funds informed Plaintiffs' counsel that the Defendant was current in the submission of contribution reports and the payment of all contributions and liquidated damages due thereon. However, Defendant continued to owe attorneys' fees and costs.

5. On March 17, 2015, Plaintiffs' counsel sent an e-mail to Defendant requesting payment of all attorneys' fees and costs due and then the instant litigation would be dismissed.

6. Plaintiffs' counsel's law firm has expended the total amount of 970.00 in costs and $2,602.50 in attorneys' fees in this matter. (See Affidavit of Catherine M. Chapman).

7. Based upon the documents attached hereto, Plaintiffs request entry of judgment in the total amount of $3,572.50.

WHEREFORE, Plaintiffs respectfully request this Court to enter judgment in the amount of $3,572.50.

/s/   Cecilia M. Scanlon

Cecilia M. Scanlon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6288574
Telephone: (312) 216-2577
Facsimile: (312) 236-0241
E-Mail: cscanlon@baumsigman.com

# CERTIFICATE OF SERVICE

  The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Motion for Entry of Judgment) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this <u>9th</u> day of <u>April 2015</u>:

    Mr. Todd Weaver, Registered Agent/President
    Weaver Construction, Inc.
    1853 Dovetail Point
    Sycamore, IL   60178

    Mr. Todd Weaver, Registered Agent/President
    Weaver Construction, Inc.
    423 N. Main Street, Suite 7
    Sycamore, IL   60178

        /s/   Cecilia M. Scanlon

Cecilia M. Scanlon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6288574
Telephone: (312) 216-2577
Facsimile: (312) 236-0241
E-Mail: cscanlon@baumsigman.com

I:\Hrccj\Weaver\#25031\2nd 2014\motion-judgment.cms.df.wpd